NYCTL 2011-A TRUST et al., Plaintiffs, v DA'JUE PROPERTIES, INC., Appellant, et al., Defendants. FAY CAPITAL CORP., Nonparty Respondent.

Submitted March 28, 2016; decided May 5, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.